[No. 24940-1-I. Division One. August 9, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY SMITH, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03097-3, James A. Noe, J., entered October

24, 1989. *Affirmed* by unpublished opinion per Kennedy, J., concurred in by Grosse and Baker, JJ.